# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Nicole Borden**
Apt 2038
4021 McGinnis Ferry Rd
Suwanee, GA 30024

xxx−xx−9750

Case No.: **18−66432−jrs**
Chapter: **7**
Judge: **James R. Sacca**

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_James R. Sacca_
James R. Sacca
United States Bankruptcy Judge

Dated: November 23, 2018

Form 178